UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                        Case No. _____
                                                                                    Chapter 7

MULTICONCEP LOGISTICS, LLC
EIN: 45-2516084

                    Debtor.
_____/

### DEBTOR'S STATEMENT OF CORPORATE OWNERSHIP

      **DEBTOR**, pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1(a), states that no corporation directly or indirectly controls 10 per-cent or more of any class of the Debtor's equity interests.

Date: April 21, 2021


/s/  *Gladys Manrique* *
Manager

See AO 2020-06


###
3885.2101
\multiconcep1.sta