**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:

MULTICONCEP LOGISTICS, LLC,

Case No.:   21-13844-AJC

In proceedings under CHAPTER 7

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

1. **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY FOR INTERESTED PARTY (GLADYS MANRIQUE) (RE: #[202]) [ECF No. 221].**

**LAW OFFICE OF ADAM I. SKOLNIK, P.A.**

/s/ *Adam I. Skolnik*
ADAM I. SKOLNIK (FBN: 728081)
ATTORNEY FOR GLADYS MANRIQUE
1761 WEST HILLSBORO BOULEVARD, SUITE 207
DEERFIELD BEACH, FLORIDA 33442
TELEPHONE:   561.265.1120
FACSIMILE:   561.265.1828
ASKOLNIK@SKOLNIKLAWPA.COM

**CERTIFICATIONS**

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A); and further certify that a true and correct copy of the above referenced Pleading(s) has/have been sent via First Class U.S. Mail, properly addressed and with correct postage, on all parties and/or electronically through CM/ECF, on parties having appeared electronically in the instant matter on the date and manner indicated below.

**Served Upon:**

**Via ECF on March 2, 2023:**

James B. Miller, Esq. on behalf of Barry E. Mukamal, Chapter 7 Trustee, bkcmiami@gmail.com

{00144245;2}

Barry E. Mukamel, Chapter 7 Trustee, bemtrustee@kapilamukamel.com, FL64@ecfcbis.com

Julia Kefalinos, Esq. on behalf of Hector F. Manrique, Sr., juliakefalinos@bellsouth.net;

Gregory R. Bel, Esq. on behalf of Regions Bank, gbel@grblegal.com

Morgan B. Edelboim, Esq. on behalf of Ross, Amsel, Raben and Nascimento, PLLC, morgan@elrolaw.com, eservice@elrolaw.com, tisha@elrolaw.com

Dana L. Kaplan, Esq. on behalf of Machinery Parts & Supplies, Inc. and Danilo Chavez, dana@kelleylawoffice.com, cassandra@kelleylawoffice.com; debbie@kelleylawoffice.com; craig@kelleylawoffice.com; kelleycr75945@notify.bestcase.com; scott@kelleylawoffice.com

Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov

**LAW OFFICE OF ADAM I. SKOLNIK, P.A.**

  /s/ *Adam I. Skolnik*

**Via Certified U.S. Mail:** None.

**Via First Class U.S. Mail:**

Gladys I. Manrique, 2334 SW 130th Terrace, Miramar, FL 33027

**Via Electronic Mail**:

Gladys I. Manrique, glirma27@yahoo.com

  /s/ *Adam I. Skolnik*
ADAM I. SKOLNIK

{00144245;2}