| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 21-13844-AJC<br>Southern District of Florida<br>Miami<br>Fri Sep 16 09:16:13 EDT 2022 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | David Raben P.A.<br>Edelboim Lieberman Revah PLLC<br>20200 W Dixie Hwy, Ste 905<br>Miami, FL 33180-1926 |
| Machinery Parts & Supplies, Inc.<br>c/o Kelley Fulton Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | Multiconcep Logistics LLC<br>Hector F. Manrique, Sr., Ops Mgr<br>C/O Melas Logistics, LLC<br>6955 NW 77 Ave. #204<br>Doral, FL 33166-2845 | Regions Bank<br>c/o Gregory R. Bel, PLLC<br>8950 SW 74th Court<br>Suite 2201<br>Miami, FL 33156-3181 |
| Ross, Amsel, Raben & Nascimento, PLLC<br>c/o Morgan B. Edelboim, Esq.<br>20200 W Dixie Hwy, Ste 905<br>Edelboim Lieberman Revah PLLC<br>Miami, FL 33180-1926 | Fla Dep Rev<br>Attn: Bankruptcy Div<br>POB 6668<br>Tallahassee, FL 32314-6668 | Gladys I Manrique<br>2330 SW 134 Ter<br>Hollywood, FL 33027 |
| IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 | Multi Service<br>8650 College Blvd<br>Overland Park, KS 66210-1886 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Pilot Travel Centers LLC<br>POB 11407<br>Birmingham, AL 35246-1314 | Regions Bank<br>201 Milan Pkwy<br>Birmingham, AL 35211-6946 | Regions Bank<br>Attn Gregory Bel Esq<br>8950 SW 74 Ct #2201<br>Miami, FL 33156-3181 |
| Barry E Mukamal<br>PO Box 14183<br>Fort Lauderdale, FL 33302-4183 | Danilo Chavez<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | Hector F Manrique Sr<br>C/O Melas Logistics, LLC<br>6955 NW 77 Ave. #204<br>Doral, FL 33166-2845 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (u)Gladys I Manrique |

End of Label Matrix
Mailable recipients    17
Bypassed recipients     3
Total                  20